UNITED STATES DISTRICT COURT  Revised 05/01 WDNY
WESTERN DISTRICT OF NEW YORK

Melissa General

**Name(s) of Plaintiff or Plaintiffs**

Jury Trial Demanded: Yes _X_ No___

vs.

Center for Disability Rights

**DISCRIMINATION COMPLAINT**
___-CV-_____

**Name of Defendant or Defendants**

07CV 6159 T(Fe)

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).

> **NOTE**: In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE**: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE**: In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

1. My address is: 65 Rustic St
   Rochester NY 14609

   My telephone number is: 585-266-0156

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name: *Center for Disability Rights*
Number of employees: _____
Address: *472 State Street*
*Roch, NY 14621*

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name: _____
Address: _____
_____

4. I was first employed by the defendant on (date): *5-1-01*

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: *9-26-04*

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): _____

7. I believe that the defendant(s)

   a. __✓__ Are still committing these acts against me.
   b. _____ Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above) The last discriminatory act against me occurred on (date) _____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is *11-05-04*
(estimate the date, if necessary)

I filed that complaint in (identify the city and state): *NYS*

2

The Complaint Number was: __165  2005  00029__

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____

11. The Equal Employment Opportunity Commission did __✓_____ /did not _____ issue a decision.  (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____.  (**NOTE:** If it **did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. __✓_____ Failure to provide me with reasonable accommodations to the application process

    b. __✓_____ Failure to employ me

    c. __✓_____ Termination of my employment

    d. _____ Failure to promote me

    e. __✓_____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. __✓_____ Harassment on the basis of my sex

    g. __✓_____ Harassment on the basis of unequal terms and conditions of my employment

    h. _____ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. _____ Other actions (please describe) _____
    _____
    _____

3

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a. _____ Race

   b. _____ Color

   c. __X__ Sex

   d. _____ Religion

   e. _____ National Origin

   f. _____ Sexual Harassment

   g. _____ Age
   _____ Date of birth

   h. _____ Disability
   Are you incorrectly perceived as being disabled by your employer?
   ____ yes ____ no

15. I believe that I was __X__ /was not _____ **intentionally** discriminated against by the defendant(s).

16. I believe that the defendant(s) is/are _____ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____

17. A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim. (**NOTE: You must attach a copy of the original complaint you filed with the Equal Employment Opportunity Commission and a copy of the Equal Employment Opportunity Commission affidavit to this complaint; failure to do so will delay initiation of your case.**)

18. The Equal Employment Opportunity Commission *(check one)*:
   ___ **has not** issued a Right to sue letter
   __X__ **has** issued a Right to sue letter, which I received on ___Dec 28, 2007___

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

_____
_____
_____
_____
_____
_____
_____
_____

4

**FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
_____ 60 days or more have elapsed      \_\_✓\_\_ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
_____
_____

24. The reasonable accommodation provided to me by my employer were \_\_\_\_\_/were not \_\_\_\_\_ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: *3-21-07*      _____
                                    Plaintiff's Signature

EEOC Form 161-A (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| To: | Melissa General<br>307 Avenue A<br>Rochester, NY 14621 | From: | Buffalo Local Office - 525<br>6 Fountain Plaza<br>Suite 350<br>Buffalo, NY 14202 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 165-2005-00029 | John E. Thompson,<br>Investigator | (716) 551-4441 |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt **of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Elizabeth Cadle,
Director

DEC 2 1 2006

*(Date Mailed)*

cc: Mary Willoughby
Human Resource Manager
CENTER FOR DISABILITY RIGHTS
412 State Street
Rochester, NY 14621

Matthew Fusco, Esq.
Chamberlain, D'Amanda, Oppenheimer & Greenfiled LLP
1600 Crossroads Building
Two State Street
Rochester, NY 14614



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Buffalo Local Office

6 Fountain Plaza, Suite 350
Buffalo, NY 14202
(716) 551-4441
TTY (716) 551-5923
FAX (716) 551-4387

Elizabeth Cadle
Director

Melissa General
307 Avenue A
Rochester, New York 14621

Re: Charge No. 165-2005-00029
General v. Center for Disability Rights

Dear Ms. General:

The Commission has determined that it will not bring a lawsuit against the above named Respondent. The issuance of the enclosed Notice of Right to Sue under Title VII of the Civil Rights Act of 1964, as amended concludes the processing of your charge by the Commission. If you decide to sue, you must file a lawsuit in Federal Court within 90 days of receipt of this letter and Notice of Right to Sue.

If you file suit, please forward a copy your court complaint to this office within 10 days. We can then preserve your file and consider your suit when taking other actions. If you have any questions regarding the legal remedies available to you as set out above, please contact the EEOC representative listed in he enclosed Notice of Right to Sue..

On Behalf of the Commission:

Date: **DEC 2 1 2006**

Elizabeth Cadle, Director
Buffalo Local Office

Enclosure:    Notice of Right to Sue